UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: § 
 § CIVIL ACTION NO. 4:17-CV-1222
TECHNICOOL SYSTEMS, INC. § 
 § BKRCY CASE NO. 15-34435-H1-7
      DEBTOR § 
 § 

## **MEMORANDUM**

**I.**

This case, on appeal from the Bankruptcy's Court's Order, approving employment of counsel pursuant to 11 U.S.C. § 327(c) raises the question of whether the appellant, Robert Furlough, who is not a creditor [no proof of claim filed], and has no stake in the outcome of the Estate, has standing to object to the appointment of counsel who concurrently represents a creditor. The Court is of the opinion and HOLDS that the appellant has no standing.

**II.**

Section 327(c) provides an exception to the disqualification for employment of counsel who is representing or has represented a creditor in the same proceeding. Section 327(c) provides in part that: ". . . unless there is objection by another creditor or the United States trustee. . ., or the court determines that . . . there is an actual conflict of interest . . .", § 327(a) does not apply.

The evidence presented and the arguments made by the appellant do not support a finding of either; that the appellant is a creditor or that an actual conflict of interest exists.

*See Younger v. Nat'l Union Fire Ins. Co. of Pittsburgh*, 995 F.2d 547, 548 (5th Cir. 1993). Therefore, the judgment of the Bankruptcy Court is AFFIRMED.

It is so ORDERED.

SIGNED on this 7th day of September, 2017.

_____
Kenneth M. Hoyt
United States District Judge